## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Case: 1:25-mj-00113 |
| | ) | Assigned To: Judge Harvey, G. Michael |
| JUSTIN PAUL ALLRED | ) | Assign. Date: 6/30/2025 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant.* | ) | |
| | ) | |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT & ARREST WARRANT

I, ███████ being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I submit this affidavit in support of a criminal complaint charging JUSTIN PAUL ALLRED with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1).  Specifically, while residing in the District of Columbia, on or about May 28, 2025, ALLRED knowingly distributed material involving the sexual exploitation of minors via the chatting application Signal.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4.      I am a special agent with the Federal Bureau of Investigation ("FBI").  I have been in this position since 2017.  I am currently assigned to the Child Exploitation and Human Trafficking Task Force ("CEHTTF") at the Washington Field Office, where I am responsible for investigating the possession, distribution, receipt, and production of child pornography, and other crimes involving child exploitation.  I completed the FBI Basic Field Training Course in Quantico, Virginia, where I received twenty-one weeks of training in the investigation of various crimes. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children.  As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § § 2252(a)(2) and (b)(1) (the "Target Offense") have been committed by JUSTIN PAUL ALLRED ("the Subject") and others known and unknown.

**PROBABLE CAUSE**

7.      On May 22, 2025, a Federal Bureau of Investigation Task Force Officer assigned to the Washington Field Office was acting in an online undercover ("UC") capacity as part of the CEHTTF, operating out of a satellite office in Washington, D.C.  In that capacity, the UC was monitoring an online dating application, where the UC maintains a profile that indicates that the UC is a father interested in the sexual exploitation of children.  The UC's profile page states, "No Limits Dad.  Tabu Dad looking for liked minded friends…."

8.      On May 22, 2025, the UC received a message through the online dating application from user "P-3rv" stating, "Hi stud.  I'm also a NL guy.  Love."  The UC responded with, "Hell yah bro.  Wanna chat?"  The user replied with, "Yeah.  Are you on ?  Bluejay_94."

9.      On May 22, 2025, the UC contacted the Telegram user "Blue_Jay94" via Telegram and advised that he was the user from the online dating application.  In response, Blue_Jay94 stated, "Hi there 😈 🏈 ."[1]  Blue_Jay94 indicated that he resided in "Shaw, 5th / R" and was asked by the UC, "How no limits are you."  Blue_Jay94 advised, "I don't like hearing babies crying, really brutal rape, scat, blood, and gore.  I know that it's atypical to not like crying and screaming.  But it just doesn't sit well with me.  I usually just turn the sound down when those sound pop up."  Blue_Jay94 reported that he prefers boys between the ages of "B3- 14" and girls between the ages of "g3-9."  Blue_Jay94 asked the UC if he would be available to voice chat or video call at that time.  The UC reported that he was unable to but was interested.

10.     On May 24, 2025, Blue_Jay94 messaged the UC and advised, "I stroked to cp with my zoom buddies 11 hours this morning, starting a 1 AM.  We gotta get you in there."  On May

[1]  I know, based on training and experience, that the football emoji is regularly used by individuals with a sexual interest in children because of an individual who was a high school football player and who distributed a series of child pornography depicting himself sexually abusing a toddler child.

26, 2025, Blue_Jay94 messaged the UC and asked, "Hi there mister. Has your family left yet? Do you have many bate[2] buds? What do you watch?"

11.     On May 27, 2025, the UC responded to Blue_Jay94 by stating, "Hey buddy. I don't have many. I stay pretty discreet because of what I have going on." Blue_Jay94 responded to the UC, "I hope you grow to trust me and make me one of those regular buds. Would you be interested in meeting up to test the waters?" The UC advised, "I'm very interested in that. Just gotta be comfortable on my end." Blue_Jay94 asked, "What will that take from me?" The UC reported, "Uhhhhh do you have anything pervy so I know you're legit?" Blue_Jay94 reported, "Yeah, but I get nervous sharing on here. Maybe I need to build trust too haha." Blue_Jay94 asked the UC, "Are you on Signal" and provided a Signal username of "Bluejay.69." Blue_Jay94 stated, "Let's connect there. I feel safer there."

12.     On May 28, 2025, at approximately 8:59 am, the UC messaged Bluejay.69 via the Signal application. The UC provided his usernames from the online dating application and Telegram, and Bluejay.69 advised, "Hi bud. Do you like both b and g? Fave ages?" Bluejay.69 indicated their interest in children again and advised, "I also like some beast." The UC indicated that he was the father of a nine-year-old boy and Bluejay.69 reported, "I wish I had a son. I would definitely raise him right, starting at baby age so if is normal and natural for him."

13.     Bluejay.69 then forwarded a nine second video to the UC that shows an adult male nude from the waist down with his erect penis exposed. In the video recording, a toddler boy wearing a Kansas City Chiefs shirt is visible between the adult male's leg and is observed touching the adult male's erect penis. The adult male is masturbating while the toddler touches his penis.

---

[2] "Bate" is a common term used to refer to masturbation.

Bluejay.69 stated after sending the video, "A bit too vanilla for what I owe you, but I think this is hot.  I'll send something hardcore soon."

14.     At approximately 9:24 am, Bluejay.69 forwarded eight videos to the UC which all displayed the sexual abuse of infant and toddler boys and girls.  The UC observed that one of the videos was two minutes and twenty seconds long and had a title of "BABYFUCKER VIDEO." The video displayed the vaginal and anal penetration of infants and toddlers by the erect penis or hand of adult males.  The video also displayed a still close up image of an injury to an infant's anus.   After sending the videos, Bluejay.69 stated, "I sent younger than I typically go because I can't stand the sound of babies crying, but I assume you'll like them.  I've already passed my threshold for comfort, so I hope you'll be satisfied with what I have sent."

15.     The UC then advised Bluejay.69 that he has sexually abused his purported nine-year-old son since he was a baby.  The UC detailed the abuse to Bluejay.69 and indicated that he rarely shared this information but felt comfortable due to the content of the videos sent by Bluejay.69.  Bluejay.69 reported that the UC could trust him and advised, "…I have secrets to hide too."  Bluejay.69 indicated that his secret was "All the porn I have."

16.     Bluejay.69 indicated again that he wanted to meet with the UC to masturbate and watch content.  The UC advised that he was interested in meeting but asked if Bluejay.69 would be willing to share face pictures.  Bluejay.69 forwarded the below picture seen in Figure A to the UC and indicated an interest in meeting with the UC during the evening hours of the next week.



*Figure A: image sent by Bluejay.69 to the UC on May 28, 2025*

17.     On June 25, 2025, Bluejay.69 continued to communicate with the UC via Signal. Bluejay.69 and the UC discussed meeting at Bluejay.69's residence in Washington, DC to watch child sexual abuse material together.  Pursuant to that conversation, the UC asked Bluejay.69 where he lived and what time he wanted to meet.  Bluejay.69 told the UC that he lived at ███ R Street NW.

18.     Open-source internet searches of ███R St. NW, Washington, DC 20001 revealed that the building at this address is a multi-unit residential building known as "The Centrie." Specifically, according to open-source internet searches, "The Centrie" is a condominium development with 22 residential units.[3]  On June 25, 2025, a member of the CEHTTF used a law enforcement commercial database to search for possible residents of ███ R St. NW, Washington, DC 20001.  One of the residents listed in the commercial database was JUSTIN PAUL ALLRED, whom the database listed as a resident of unit 203 within "The Centrie."

---

[3]  Per https://www.dccondoboutique.com/the-centrie/ as of June 25, 2025.

19.    Members of the CEHTTF obtained ALLRED's Washington, DC driver's license information, including his driver's license photo.  I compared ALLRED's driver's license photo with the photo Bluejay.69 sent to the UC, seen in Figure A above.  Based on that comparison, I believe these photos, depicted in Figure B below, show the same person.

 

*Figure B: image sent by Bluejay.69 to the UC on May 28, 2025 (L);*
*ALLRED's DC Driver's License Photo (R)*

20.    Additionally, according to information obtained from a law enforcement database, on or about January 17, 2023, ALLRED provided the PREMISES as his residential address to a pawn shop in Prince George's County Maryland.

21.    Finally, a member of the CEHTTF obtained ALLRED's Washington, DC Department of Motor Vehicles registered vehicle information.  According to those records, ALLRED is the registered owner of a 2023 Hyundai with the DC license plate ███    Although the vehicle is registered to ALLRED at a different address, a member of the CEHTTF obtained license plate reader ("LPR") information regarding ALLRED's vehicle from March to May 2025. Each time a MPD cruiser equipped with LPR passed ██R St. NW, Washington, DC during that time frame (approximately eight times), ALLRED's vehicle was parked nearby.

22.     Based upon the information above, there is probable cause to believe that JUSTIN PAUL ALLRED operated the "P-3rv," "@Bluejay_94," and "Bluejay.69" accounts and was the person who distributed child sexual abuse material via Signal account Bluejay.69.

### CONCLUSION

23.     For the reasons set forth above, I submit that probable cause exists to believe that on or about May 28, 2025, while residing in the District of Columbia, ALLRED knowingly distributed material involving the sexual exploitation of minors via the messaging application Signal. I respectfully request that a criminal complaint be issued for ALLRED.



Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on June 30, 2025.

_____

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE