# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Justin Paul Allred

*Defendant*

FID 11828379

**RECEIVED** By USMS District of Columbia District Court at 3:56 pm, Jun 30, 2025

Case: 1:25-mj-00113
Assigned To: Judge Harvey, G. Michael
Assign. Date: 6/30/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Justin Paul Allred     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § § 2252(a)(2) and (b)(1)(Receipt and Distribution of Child Pornography).

Date: 06/30/2025

*Issuing officer's signature*

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/30/25, and the person was arrested on *(date)* 7/02/25
at *(city and state)* Washington, DC.

Date: 7/2/2025

*Arresting officer's signature*

Det. Mancuso, Bryan
*Printed name and title*